1 | McGREGOR W. SCOTT
United States Attorney
2 | Grant B. Rabenn
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5 |
Attorneys for Plaintiff
6 | United States of America



**FILED**

NOV 1 9 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0122 JAM

12 | Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE

13 | v.

14 | SAUDIA MONSON,

15 | Defendant.

16

17 | Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

18 | Request to Seal, IT IS HEREBY ORDERED that the government's three-page sentencing letter

19 | pertaining to defendant Saudia Monson, and the government's Request to Seal shall be SEALED until

20 | further order of this Court.

21 | It is further ordered that access to the sealed documents shall be limited to the government and

22 | counsel for the defendant.

23 | The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

24 | *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

25 | the government's request, sealing the government's motion serves a compelling interest. The Court

26 | further finds that, in the absence of closure, the compelling interests identified by the government would

27 | be harmed. In light of the public filing of its request to seal, the Court further finds that there are no

28 | ///

[PROPOSED] ORDER SEALING DOCUMENTS AS SET
FORTH IN GOVERNMENT'S NOTICE

1

1 additional alternatives to sealing the government's motion that would adequately protect the compelling

2 interests identified by the government.

3

4 Dated: __11-19-19__ _____

5 THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28