MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for SAUDIA MONSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. CR-S-19-122 JAM |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | SENTENCING SAUDIA MONSON |
| | ) | TO "TIME SERVED" AND RELEASED |
| SAUDIA MONSON, | ) | FORTHWITH |
| | ) | |
| Defendant. | ) | |
| ==============================) | | Judge: Hon. John A. Mendez |

On November 19, 2019, Judge John A. Mendez ordered SAUDIA MONSON to serve a

sentence that was "time served" and that she be released forthwith from the custody of the United

States Marshal Service.

Dated:  November 20, 2019                    Respectfully submitted,

                                             /s/ Michael D. Long_____
                                             MICHAEL D. LONG
                                             Attorney for Saudia Monson

THE COURT ORDERS THAT DEFENDANT SAUDIA MONSON IS SENTENCED TO

"TIME SERVED" AND THAT SHE SHOULD BE RELEASED FROM THE CUSTODY OF

THE UNITED STATES MARSHAL SERVICE FORTHWITH.

Dated:  November 20, 2019

                                             /s/ John A. Mendez_____
                                             John A. Mendez
                                             United States District Court Judge